UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

BILLI-JO CLUNEY, individually and as
Personal Representative for the Estate of
James M. Cluney, Sr.

                    Plaintiffs,

        v.                                          Case No. 24-cv-00207-sdn

BROWNELLS, INC., and
MDX CORP., and
FEDERAL EXPRESS CORPORATION,

                    Defendants.

## JOINT MOTION FOR ENTRY OF ORDER DISMISSING DEFENDANT FEDERAL EXPRESS CORPORATION

Pursuant to Fed. R. Civ. P. 41(a)(2), Plaintiff Billi-Jo Cluney, individually and as

Personal Representative of the Estate of James M. Cluney, Sr. ("Plaintiff") and Defendant

Federal Express Corporation ("FedEx"), move this Court for an order dismissing, with prejudice

and without costs and subject to the other terms set forth in the attached Proposed Order, all of

Plaintiff's claims against FedEx. In support of this motion, Plaintiff and FedEx state as follows:

1. Following thorough negotiations, Plaintiff and FedEx have entered into an agreement

   to settle Plaintiff's claims against FedEx pursuant to a *Pierringer* Release, as

   provided for in 14 M.R.S. §§ 156, 163;

2. The terms of the agreement reached by Plaintiff and FedEx turn on the Court entering

   the Proposed Order dismissing Plaintiff's claims against FedEx.

#19229655v2

WHEREFORE, Plaintiff and FedEx respectfully request that the Court enter the Proposed Order dismissing Plaintiff's claims against FedEx and implementing the parties' *Pierringer* Release

Dated:  April 22, 2026

/s/ Eric J. Wycoff
Eric J. Wycoff
Julia B. MacDonald
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
ewycoff@pierceatwood.com
jmacdonald@pierceatwood.com
(207) 791-1100

Jason Bernhardt
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross Road
Building B 3rd Floor
Memphis, TN 38125
jasonbernhardt@fedex.com
901-434-3213

*Counsel for Defendant*
*Federal Express Corporation*

/s/ Peter J. Richard, Jr.
Peter J. Richard, Jr.
David Kreisler
GARMEY LAW
482 Congress Street
Suite 402
Portland, ME 04101
prichard@garmeylaw.com
dkreisler@garmeylaw.com
207-899-4644

*Counsel for Plaintiff Billi-Jo Cluney,* individually and as Personal Representative for the Estate of James M. Cluney, Sr.

#19229655v2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 22, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record.

Dated:  April 22, 2026

/s/ Eric J. Wycoff
Eric J. Wycoff
PIERCE ATWOOD LLP
Merrill's Wharf
254 Commercial Street
Portland, ME 04101
ewycoff@pierceatwood.com
(207) 791-1100

*Counsel for Defendant*
*Federal Express Corporation*

#19229655v2